ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6748
    Raven.Norris@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NASTASSIA V. VYSOTSKAYA,<br><br>    Plaintiff,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the U.S. Department of Homeland Security, et. al.<br><br>    Defendants. | CASE NO. 18cv05452-SK<br><br>ORDER GRANTING JOINT MOTION TO LODGE CERTIFIED ADMINISTRATIVE RECORD UNDER SEAL |

The Court, having considered the parties' Joint Administrative Motion to file the Certified Administrative Record Under Seal, and good cause appearing therefore, the Court hereby GRANTS the Motion to Lodge the Certified Administrative Record Under Seal. The Court orders that the Certified Administrative Record be sealed in its entirety.

**IT IS SO ORDERED.**

DATED: December 20, 2018

                                            _____
                                            SALLIE KIM
                                            United States Magistrate Judge

EXHIBIT 1: MANUAL FILING NOTIFICATION
18CV5452 SK